APPOLLOS AUSTIN *v.* Admr. of JOHN JACKSON *et al.*

*(In Chancery.)*

THIS was a bill to foreclose a mortgage. The administrator pleaded that, at the time of bringing the bill, one year had not elapsed from the death of the intestate. Plea overruled by the court, and the bill taken, *pro confesso,*—and

On application of the administrator, stating that the estate of the intestate was complicated, and of difficult settlement, and that he should not be able to raise the money to pay the whole amount of the mortgage, within the usual period of redemption, and that the mortgaged premises were a full and ample security for the orator's debt ;—

The court granted one year for the payment of one half the mortgage money, and two years, for the payment of the other half.